# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § <br> § <br> § CASE NUMBER 5:15-CR-23(1)-RWS-CMC <br> § |
| v. | § <br> § <br> § |
| ROBERTO HERNANDEZ | § <br> § |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Before the Court is a Report and Recommendation of the United States Magistrate Judge regarding the Defendant's competency for trial. The parties waived objections to the report.

Having conducted an independent review, the Court concludes that Defendant is competent to stand trial because he is able to understand the nature and consequences of the proceedings against him, and able to assist his attorney in his defense. It is therefore

**ORDERED** that the Report and Recommendation of the United States Magistrate Judge on Defendant's competency is **ADOPTED**. It is further

**ORDERED** that Defendant is competent to proceed with his legal case at this time, including competency to stand trial, to plead guilty, and to be sentenced. Defendant is able to understand the nature and the consequences of the proceedings against him and to assist properly in his defense.

**SIGNED** this 4th day of May, 2017.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE